App. Div.]                     First Department, May, 1909.

Maria Jeanerette, as Administratrix, etc., of Samuel Jeanerette, Deceased, Appellant, v. Julius Jungman, Respondent.— Judgment and order affirmed, with costs. No opinion; Houghton, J., dissenting.

John Twiname, Appellant, v. Guy W. Culgin and Others, Respondents.— Judgment affirmed, with costs; appeal from decision dismissed. No opinion.

Panayiotis Panoulias, Appellant, v. Frederick Sigrist, Respondent.—Judgment and order affirmed, with costs. No opinion.

Alice Fischer Harcourt King, Respondent, v. Will J. Block Amusement Company, Appellant.— Judgment affirmed, with costs. No opinion.

The City of New York, Respondent, v. Dry Dock, East Broadway and Battery Railroad Company, Appellant. (Paving Case, P. 21.)— Judgment affirmed, with costs. No opinion.

The City of New York, Respondent, v. New York City Railway Company, Appellant, Impleaded.— Judgment affirmed, with costs. No opinion.

Thomas H. Howell, Appellant, v. William T. Barnum, Respondent.— Judgment affirmed, with costs. No opinion.

Simon Dressel and Elizabeth Dressel, Appellants, v. A. Hupfel's Sons, Respondent.— Judgment and order affirmed, with costs. No opinion.

John Dougherty, Respondent, v. Helen Froelich, as Executrix, etc., of Jacob W. Struck, Deceased, Appellant.— Judgment and order affirmed, with costs. No opinion.

John C. R. Johnson, Respondent, v. Charles P. Blaney, Appellant.— Judgment and order affirmed, with costs. No opinion.

Casper W. Dean, Appellant, v. F. R. Long Company, Respondent.— Judgment affirmed, with costs. No opinion.

Najba Elias, Respondent, v. Charles F. Mitchell, as Attorney for Lydia B. Koch and Others, Doing Business under the Name of Garfield Assurance Fire Lloyds of the City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion.

Catherine Breslin, as Administratrix, etc., of Henry Joseph Breslin, Deceased, Respondent, v. Borden's Condensed Milk Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,000, in which event judgment as so reduced and order affirmed, without costs. No opinion. Settle order on notice.

Security Warehousing Company, Appellant, v. The American Exchange National Bank, Respondent.— Judgment affirmed, with costs. No opinion.

Edith H. Ellis v. George A. Hearn.— Motion granted, without costs.

Amelia Kirwan, an Infant, by John A. Kirwan, Her Guardian ad Litem, Appellant, v. American Lithographic Company, Respondent.— Judgment affirmed, with costs, on *Kirwan* v. *American Lithographic Co.* (124 App. Div. 180). (Patterson, P. J., and Laughlin, J., dissenting on the dissenting opinion of Patterson, P. J., in that case.)

Pietro Benvegna, Appellant, v. United Surety Company, Respondent.— Judgment reversed, with costs, and demurrer sustained, with costs, with leave to defendant to amend on payment of costs on the opinion in *Musco* v. *United Surety Co.* (*ante*, p. 300), decided herewith.